## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NUTECH VENTURES, | |
| *Plaintiff and Counterclaim Defendant,* | C.A. NO. 8:12-CV-00289-LSC-FG3 |
| v. | |
| SYNGENTA SEEDS, INC. and TRENTON AGRI PRODUCTS LLC, | AMENDED PROGRESSION ORDER |
| *Defendants and Counterclaim Plaintiff Syngenta Seeds, Inc.* | |

This matter came before the undersigned on the Joint Motion of Plaintiff NUtech Ventures and Defendants Syngenta Seeds, Inc. and Trenton Agri Products LLC to revise the Progression Order (Doc. No. 37).

IT IS HEREBY ORDERED, that the Progression Order (Doc. No. 37) shall be amended as follows:

| Event | Date |
|---|---|
| Simultaneous exchange of proposed constructions | 5/8/2013 |
| Last day to meet and confer to narrow issues/discuss how to complete Joint Claim Construction Statement | 5/15/2013 |
| Complete and file Joint Claim Construction Statement (including identification of any expert that might be relied upon) | 5/24/2013 |
| Complete all fact discovery related to claim construction | 6/21/2013 |
| Opening *Markman* briefs | 6/28/2013 |
| Opening expert declarations on claim construction issues (if necessary) | 6/28/2013 |
| Expert declarations responsive to opening expert declarations (if necessary) | 7/12/2013 |
| Complete depositions of any expert declarants | 7/26/2012 |
| Responsive *Markman* briefs | 8/2/2013 |
| *Markman* hearing (attorney argument only) | 8/21/2013 |

All other deadlines in the Progression Order shall remain unchanged.

Dated this 24th day of April 2013.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge