IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NUTECH VENTURES, | ) | Case No. 8:12cv289 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SYNGENTA SEEDS, INC. And | ) | |
| TRENTON AGRI PRODUCTS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

Upon notice of settlement by the parties' Joint Status Report (#120),

**IT IS ORDERED:**

1. On or before **May 5, 2014,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov,  a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. No further progression will be scheduled upon the representation that this case is settled.

Dated: March 27, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge