# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NUTECH VENTURES,<br><br>　　Plaintiff and<br>　　Counterclaim Defendant,<br><br>　　vs.<br><br>SYNGENTA SEEDS, INC., and<br>TRENTON AGRI PRODUCTS LLC,<br><br>　　Defendants and Counterclaim<br>　　Plaintiff Syngenta Seeds, Inc. | CASE NO. 8:12CV289<br><br>ORDER OF<br>DISMISSAL |

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice (Filing No. 122). The Stipulation complies with Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), the Court finds that the Stipulation should be approved and all claims in the above-captioned action should be dismissed, with prejudice. The parties will bear their own costs and attorney's fees. Accordingly,

IT IS ORDERED:

1. The parties' Stipulation of Dismissal with Prejudice (Filing No. 122) is approved;

2. All claims in the above-captioned action are dismissed with prejudice; and

3. The parties will bear their own costs and attorney's fees.

Dated this 16th day of April, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge